# NO. 12-10-00262-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| *IN RE: KAREN HUGHES,* | § | *ORIGINAL PROCEEDING* |
| *RELATOR* | | |
|  | § |  |

*MEMORANDUM OPINION*
*PER CURIAM*

Relator Karen Hughes has notified this court that she wishes to withdraw her petition for writ of mandamus filed on August 12, 2010. Hughes states further that the case pending in the trial court has now settled and the mandamus petition is "no longer required." Accordingly, our stay is lifted, this original proceeding is ***dismissed as moot***, and all pending motions are overruled as moot.

Opinion delivered October 27, 2010.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)